

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00533-CV

In the Interest of **O.B.** and N.R.L.B., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-1244
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  September 11, 2013

DISMISSED

This is an appeal from a July 22, 2013 order terminating appellants' parental rights. Appellants filed a timely motion for new trial, which the trial court granted. On September 4, 2013, appellants filed a motion to dismiss this appeal. We grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM